Justin M. Penn (SBN 302250)
jpenn@hinshawlaw.com
Shalini Bhasker (SBN 326729)
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071
Telephone:  213-614-2800
Facsimile:   213-614-7399

Attorneys for Defendants VELOCITY INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN BALLEJOS,<br><br>     Plaintiff,<br><br>vs.<br><br>VELOCITY INVESTMENTS, LLC; MANDARICH LAW GROUP, LLP; and Does 1 through 5, inclusive,<br><br>     Defendant. | Case No. 5:20-cv-311<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FEDERAL RULE 7.1**<br><br>Complaint Filed:   2/18/20 |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

    1.    The undersigned, counsel of record for VELOCITY INVESTMENTS, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

        a.    Velocity Investments, LLC (Defendant);

        b.    Mandarich Law Group, LLP (Defendant);

        c.    RSUI Group, Inc. (Velocity's Insurer);

    2.    Velocity Investments, LLC is a wholly owned subsidiary if Velocity Portfolio Group, Inc., which is a publicly traded company.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: July 24, 2020 | HINSHAW & CULBERTSON LLP |
| 4 | | By: /s/ *Justin M. Penn* |
| 5 | | Justin M. Penn<br>Attorneys for Defendants VELOCITY INVESTMENTS, LLC |

2

DEFENDANTS' NOTICE OF INTERESTED PARTIES

1030351\305854085.v1

# PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action; my business address is 222 N. LaSalle, Suite 300, Chicago, IL 60601.

On July 24, 2020 I served the within **DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1,** on the following attorney(s) of record and/or interested parties in this action, by placing a true and correct copy(ies) thereof enclosed in sealed envelope(S), addressed as follows, by the following means:

| Scott M. Grace<br>Grace Law, APC<br>1958 Sunset Cliffs Blvd<br>San Diego, CA 92107 | Attorney for Plaintiff |
|---|---|

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person[s] at the e-mail address[es] set forth herein. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

**(FEDERAL)**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

Justin M. Penn

1
PROOF OF SERVICE

1030351\305854085.v1